IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SOLOMON E. SMITH, III,

    *Plaintiff*,

v.                                           Case No.: 5:21cv178-MW/MJF

THE CITY OF SPRINGFIELD, et al.,

    *Defendants*.
_____/

## ORDER GRANTING DEFENDANT'S MOTION
## TO STAY DISCOVERY AND PRETRIAL DEADLINES

Defendant City of Springfield moves to stay discovery and all pretrial deadlines pending resolution of the City's motion to dismiss. ECF No. 10. Defendant City indicates that Plaintiff opposes the motion. *Id*. at 9. This Court recognizes that Defendant seeks only to stay this case pending the resolution of its motion to dismiss. This Court does not grant such relief in every case, but it will do so here. This Court will address the motion to dismiss on an expedited basis so as not to unnecessarily prolong the stay. In so stating, this Court in no way suggests it is prejudging the motion to dismiss. Accordingly, Defendant's motion, ECF No. 10, is **GRANTED**. All discovery and pretrial deadlines are **STAYED** pending this Court's resolution of

the motion to dismiss, ECF No. 9, and further order from this Court.

**SO ORDERED on October 7, 2021.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
