IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**SOLOMON E. SMITH, III,**

    *Plaintiff*,

v.                                          Case No.:  5:21cv178-MW/MJF

**THE CITY OF SPRINGFIELD,**
**et al.,**

    *Defendants*.

_____/

## ORDER CLOSING THE FILE

The parties have filed a stipulation for dismissal with prejudice. ECF No. 47.[1] The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). Accordingly, the Clerk must close the file.

**SO ORDERED on May 3, 2023.**

                                                            s/Mark E. Walker
                                                            **Chief United States District Judge**

---

[1] A suggestion of death for Defendant Nelson was filed on March 21, 2022. ECF No. 32. It does not appear that Defendant Nelson was ever served with notice of this action prior to his death, nor has counsel entered an appearance on his behalf. Defendant Weller does not appear to have been served either, although this Court granted an extension through April 11, 2022, for Plaintiff to serve her. ECF No. 31. This Court also dismissed Plaintiff's claims against the City of Springfield on August 22, 2022. ECF No. 33. Accordingly, Defendant Oquendo is the only remaining Defendant who has been served and has signed the stipulation with Plaintiff to dismiss this action.